◼ PHILIP LYONS, Appellant, v STATE OF NEW YORK, Respondent. [910 NYS2d 758]—Appeal from an order of the Court of Claims (Michael E. Hudson, J.), entered January 23, 2009. The order granted the motion of defendant to dismiss the claim as time-barred.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Martoche, J.P., Sconiers, Green and Pine, JJ.